## Commonwealth *v.* Broadnax, Appellant.

706

Submitted March 21, 1973. *John W. Packel* and *Jonathan Miller,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; no appearance entered nor brief submitted for Commonwealth, appellee.

Judgment of sentence affirmed.